UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,         )
                                  )
                                  )
                                  )
         -against-                )          Docket # 11 Cr. 30 (KAM)
                                  )
                                  )          NOTICE OF ATTORNEY
THEODORE N. PERSICO,              )          CHANGE OF ADDRESS
                                  )
         Defendant.               )
------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Please take notice of the following attorney information changes for:

### Elizabeth Edwards Macedonio

**Old Address**    42-40 Bell Blvd – Suite 302 – Bayside, NY 11361
                   (T) 718-279-3770
                   (F) 718-281-0850
                   Email – emacedonio@yahoo.com

**New Address**    80 Broad Street – Suite 1900 – New York, NY 10004
                   (T) 212-257-6410
                   (F) 212-257-6453
                   Email – emacedonio@yahoo.com

Dated: August 14, 2014

                                     /S/
                                   Signature

                                   Elizabeth E. Macedonio
                                   *Attorney for the Defendant*
                                   *Theodore N. Persico*